AO 241 (Rev. 09/17)                                                                          FILED

### PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
### HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: MIDDLE DISTRICT 2023 JAN-9 PM 4:19 |
|---|---|

| Name (under which you were convicted): TYRONE LAVERNE PLUMMER JR. | Docket or Case No.: MIDDLE DISTRICT OF FLORIDA ORLANDO FLORIDA 18CF026624A |
|---|---|

| Place of Confinement: BREVARD COUNTY JAIL   860 CAMP RD. COCOA FL. 32927 | Prisoner No.: 148638 |
|---|---|

| Petitioner (include the name under which you were convicted) | Respondent (authorized person having custody of petitioner) |
|---|---|
| TYRONE LAVERNE PLUMMER JR. v. WAYNE IVEY (SHERIFF) | |

| The Attorney General of the State of: FLORIDA |
|---|

### PETITION

1.   (a) Name and location of court that entered the judgment of conviction you are challenging:

18th JUDICIAL CIRCUIT COURT, BREVARD COUNTY 2825 JUDGE FRAN JAMIESON WAY (MOORE JUSTICE CENTER) VIERA, FLORIDA, 32940

(b) Criminal docket or case number (if you know):   18CF026624A (VOP)

2.   (a) Date of the judgment of conviction (if you know):   MAY 5, 2022 (START OCT. 2019)

(b) Date of sentencing:   MAY 5, 2022

3.   Length of sentence:   3 YEARS PROBATION / VOP: 1 yr. County, 1yr. CC, 2 yrs PROBATION

4.   In this case, were you convicted on more than one count or of more than one crime?   ■ Yes   ☐ No

5.   Identify all crimes of which you were convicted and sentenced in this case:

FLEEING AND ELUDING (VOP)
DRIVING WHILE LICENSE SUSPENDED
FINES

6.   (a) What was your plea? (Check one)

☐   (1)   Not guilty          ■   (3)   Nolo contendere (no contest)

☐   (2)   Guilty             ☐   (4)   Insanity plea

AO 241 (Rev. 09/17)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? _N/A_

_____

_____

_____

_____

_____

(c) If you went to trial, what kind of trial did you have? (Check one)

☐ Jury    ☐ Judge only

7.  Did you testify at a pretrial hearing, trial, or a post-trial hearing?

■ Yes    ☐ No

8.  Did you appeal from the judgment of conviction?

■ Yes    ☐ No

9.  If you did appeal, answer the following:

(a) Name of court: _18th JUDICIAL CIRCUIT COURT, BREVARD COUNTY_

(b) Docket or case number (if you know): _05-2018-CF-026624-A/2022-CA-013951_

(c) Result: _DENIED AT NELSON HEARING_

(d) Date of result (if you know): _July 17, 2022_

(e) Citation to the case (if you know): _INEFFECTIVE COUNSEL/MALICIOUS PROSECUTION_

(f) Grounds raised: _STATE AMENDS AN ALLEGATION CHARGE (1/12/2022) TO INITIAL MOVING VIOLATION SIGNED BY JUDGE 8/27/2021 AND EXECUTED. DID NOT CREDIT 13 MONTHS (410 DAYS) TIME SERVED IN BIBB COUNTY JAIL (MACON GA.) WHERE MY PROBATION WAS TRANSFERRED (MOTHER DEATHLY ILL) CHARGE (22CF012281A) AMENDED TO VOP (AT HEARING 5/5/22) AS CONVICTION, THIS CHARGE SET FOR JANUARY 2023 TRIAL DOCKET, BUT USED AGAINST ME IN ASSET FORFEITURE 4/11/2022_

(g) Did you seek further review by a higher state court?    ■ Yes    ☐ No

If yes, answer the following:

(1) Name of court: _FIFTH DISTRICT COURT OF APPEAL_

(2) Docket or case number (if you know): _5D22-1753/LT CASE 2022-CA-013951_

(3) Result: _DISMISSED (FILING FEE ISSUE) MOTION TO REINSTATE DENIED_

AO 241 (Rev. 09/17)

(4) Date of result (if you know): *9/13/22, 9/16/22, 10/11/22*

(5) Citation to the case (if you know): *INEFFECTIVE COUNSEL, MALICIOUS PROSECUTION, Civil Rights Viol.*

(6) Grounds raised: *PLEA DEAL SCHEME PROMOTED AS "GLOBAL RESOLVE," STATE AMENDS ADDITIONAL CHARGE (ALLEGATION) AS CONVICTION AT VOP HEARING, DOES NOT HONOR AGREEMENT, CHARGE STILL PENDING AND SET FOR JAN. 2023 TRIAL. AMENDED CHARGE USED IN ASSET FORFEITURE*

(h) Did you file a petition for certiorari in the United States Supreme Court?  ☐ Yes  ☒ No

If yes, answer the following:

(1) Docket or case number (if you know): _____

(2) Result: _____

_____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

10.   Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?  ☒ Yes  ☐ No

11.   If your answer to Question 10 was "Yes," give the following information:

(a)   (1) Name of court: *U.S. DISTRICT COURT (MIDDLE DISTRICT) ORLANDO*

(2) Docket or case number (if you know): *6:22-CV-02124-ACC-EJK*

(3) Date of filing (if you know): *11/16/2022*

(4) Nature of the proceeding: *PETITION WRIT HABEAS CORPUS 28 U.S.C. § 2241*

(5) Grounds raised: *PLEA DEAL SCHEME PROMOTED FOR "GLOBAL RESOLVE," STATE AMENDS ALLEGATION (22CF012281A, 11/12/22) TO VOP THAT WAS SIGNED AND EXECUTED 8/27/21. STATE DOES NOT HONOR DEAL AS PROMOTED BY PUBLIC DEFENDER (KATHLEEN RALLO), CHARGES STILL PENDING AND SET FOR JAN. 2023 TRIAL DOCKET. AMENDED ALLE- GATION USED AS CONVICTION AT VOP HEARING/SENTENCING ON 5/5/22. AMENDED ALLEGATION WAS ALSO USED TO FORFEIT MY CAR ON 4/11/22, IN WHICH MY 4TH & 14TH CONSTITUTIONAL AMENDMENT RIGHTS & FEDERAL RULES, CIVIL PROCEEDURE VIOLATED (4)(X)(i)(CXI) DUE PROCESS PROTOCOL.*

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes  ☒ No

(7) Result: _____

AO 241 (Rev. 09/17)

(8) Date of result (if you know): _____

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: *U.S. DISTRICT COURT (MIDDLE DISTRICT)*

(2) Docket or case number (if you know): *5D22-1753/LT CASE# 2022-CA-013951*

(3) Date of filing (if you know): *PROCESSING (MAIL) ENROUTE*

(4) Nature of the proceeding: *MOTION FOR LEAVE TO PROCEED FORMA PAUPERIS*

(5) Grounds raised: *INSOLVENCY (INDIGENCY BY PETITIONER/*
*APPELLANT. REQUESTING ASSISTANCE OF COUNSEL.*

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes    ☒ No

(7) Result: *PROCESSING*

(8) Date of result (if you know): _____

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: *U.S. DISTRICT COURT (MIDDLE DISTRICT)*

(2) Docket or case number (if you know): *PROCESSING*

(3) Date of filing (if you know): *PROCESSING*

(4) Nature of the proceeding: *4th AND 14th AMENDMENT, CIVIL RIGHTS VIOLATION*

(5) Grounds raised: *VIOLATED CONSTITUTIONAL RIGHTS; FEDERAL RULES OF*
*CIVIL PROCEDURE VIOLATION: MELBOURNE POLICE DEPARTMENT, AT SCENE*
*OF ARREST FOR VOP WARRANT, AND POSSESSION, TOOK MY CAR KEYS*
*OUT OF MY POCKET, KEPT THEM, LOCATED MY VEHICLE (OPPOSITE*
*SIDE OF TOWN) ON PRIVATE PROPERTY, THEN, WITHOUT MY CONSENT,*
*WARRANT, OR COURT ORDER, REMOVED MY VEHICLE FROM THE*
*PROPERTY. THEN, BY MEANS OF ATTORNEY ROBIN M.L. CORNELL ESQ.*
*MANIPULATED THE COURT WITH DENIAL OF MY DUE PROCESS*
*RIGHT TO COUNTERCLAIM THEIR ASSET FORFEITURE CLAIM*
*AGAINST MY VEHICLE WITH DEPRIVATION, OR REFUSING TO*
*SERVE CERTIFIED COPIES/REGISTER OF ACTIONS WHILE*
*PERPETRATING MALICIOUS PROSECUTION WITH STATE*
*ATTORNEY (PROSECUTOR ON PRIMARY, VOP)*

AO 241 (Rev. 09/17)

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes    ☑ No

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:    ☑ Yes    ☐ No

(2) Second petition:    ☑ Yes    ☐ No

(3) Third petition:    ☐ Yes    ☑ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

FOR LACK OF EXPERIENCE FILING COMPETENTLY, NO ASSISTANCE FROM PUBLIC DEFENDER'S OFFICE (ON APPEAL) DENIED BY FIFTH DISTRICT APPEAL COURT

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

**GROUND ONE:** INEFFECTIVE COUNSEL/MALICIOUS PROSECUTION INCORPERATED W/LAW ENFORCEMENT IN EFFORTS TO LEGITAMIZE ILLEGAL SEIZURE AND UNJUST FORFEITURE.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

ON 5/5/22, THROUGH KATHLEEN RALLO (RFA#23-5357) I WAS OFFERED A "GLOBAL PLEA DEAL" RESOLUTION FOR VOP AND PENDING CHARGES. ORIGINAL PROBA- TION VIOLATION WAS UNAUTHORIZED MOVE PLUS FINES (FAILURE TO PAY) HOWEVER, STATE AMENDS ALLEGATION SET FOR JAN, 2023 TRIAL DOCKET, AS A CONVICTION ON MY VOP, RAISING POINT SCORE. STATE DOES NOT HONOR PLEA NE- GOTIATION, 22CF012281A STILL PENDING TRIAL. THIS AMENDED (CONT. BELOW)

(b) If you did not exhaust your state remedies on Ground One, explain why: (12(a) CONTINUED) CHARGE WAS USED AGAINST ME TO LEGITAMIZE AN ASSET FORFEITURE CLAIM (2022-CA-013951) ON 11/11/22 FINAL JUDGEMENT FORFEITED MY VEHICLE DUE TO FEDERAL CIVIL RIGHTS VIOLATION WHERE ATTORNEY ROBIN M.L. CORNELL, ATTORNEY FOR MELBOURNE POLICE DEPARTMENT VIOLATED DUE PROCESS PROTOCOL. I WAS NEVER SERVED CERTIFIED COPIES FOR: 2/17/22, 3/1/22, 3/18/22, 3/24/22, 4/11/22 - REGISTER OF ACTIONS. THIS AMENDED CHARGE WAS MALICIOUS PROSECUTION BY STATE PROSECUTION TO LEGITAMIZE UNAUTHORIZED SEIZURE OF MY PROPERTY, INVASION OF PRIVACY WITH MALICIOUS INTENT, ARBITRARY INVASION BY LOCAL GOVERNING OFFICIALS.

AO 241 (Rev. 09/17)

(c)  **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?  ☒ Yes  ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☒ Yes  ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:  NELSON HEARING

Name and location of the court where the motion or petition was filed:  18th JUDICIAL CIRCUIT COURT
IN AND FOR BREVARD COUNTY, 2825 JUDGE FRAN JAMIESON WAY, VIERA, FL. 32940

Docket or case number (if you know):  18 CFO 266024A

Date of the court's decision:  JULY 17, 2022

Result (attach a copy of the court's opinion or order, if available):  DENIAL  *NOTE: THERE
WAS A SUBSTITUTE JUDGE (RETIRED) THAT DAY THAT HASN'T BEEN
HEARD OF, OR HEARD FROM SINCE. INTEGRITY QUESTIONABLE.

(3) Did you receive a hearing on your motion or petition?  ☒ Yes  ☐ No

(4) Did you appeal from the denial of your motion or petition?  ☒ Yes  ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☒ Yes  ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:  FIFTH DISTRICT COURT OF APPEALS,
300 SOUTH BEACH STREET, DAYTONA BEACH, FL., 32114-5002

Docket or case number (if you know):  5D22-1753

Date of the court's decision:  SEPTEMBER 13, 2022

Result (attach a copy of the court's opinion or order, if available):  DISMISSED FOR FAILING
TO PAY FILING FEE. I'VE JUST RECENTLY FILED FORMA
PAUPERIS.

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

AO 241 (Rev. 09/17)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have

used to exhaust your state remedies on Ground One: *I FILED A MOTION TO REINSTATE MY CASE WITH FIFTH DISTRICT COURT OF APPEALS, BUT FILING FEE ISSUES REMAINED OUTSTANDING. DENIED.*

**GROUND TWO:** *I FILED COMPLAINTS AGAINST BOTH ATTORNEYS; ROBIN MICHELLE LOOMIS CORNELL (RFA#22-13666), KATHLEEN ERIN RALLO (RFA#23-5357)*

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.) *FLORIDA BAR*

*IN RESPONSE TO MY COMPLAINT AGAINST MS. ROBIN CORNELL, I WAS BY BAR COUNSEL (RICHARD B. COMBS) THAT THE BAR DOES NOT INDULGE CIVIL CASES. TO RESUBMIT COMPLAINT SHOULD I GET AN ORDER FROM A COURT OF LAW REGARDING MS. CORNELL'S PROFESSIONAL CONDUCT. RESPONSE TO MY COMPLAINT AGAINST MS. RALLO, AFTER CLOSING MY COMPLAINT WITHOUT SENDING/SERVING A CERTIFIED COPY OF MS. RALLO'S RESPONSE, I REHASHED MY COMPLAINT TO BAR COUNSEL ANNEMARIE CRAFT (CONTINUED BELOW)*

(b) If you did not exhaust your state remedies on Ground Two, explain why: *(CONT.) THE MATTER HAS BEEN ASSIGNED TO SHANELL M. SCHUYLER/DIRECTOR OF THE BAR'S ATTORNEY CONSUMER ASSISTANCE PROGRAM (DECEMBER 16, 2022) (DECEMBER 16, 2022) STILL UNDER REVIEW PROCESS.*

(c)    **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☑ Yes    ☐ No

(2) If you did **not** raise this issue in your direct appeal, explain why: _____

_____

_____

(d)    **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes    ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: *NELSON HEARING*

Name and location of the court where the motion or petition was filed: *18th JUDICIAL CIRCUIT COURT, BREVARD COUNTY; 2825 JUDGE FRAN JAMIESON WAY, VIERA, FL., 32940*

Docket or case number (if you know): *18CF026624A, 22CF012281A, 22CF012158A*

AO 241 (Rev. 09/17)

Date of the court's decision: _July 17, 2022_

Result (attach a copy of the court's opinion or order, if available): _DENIED_

_____

_____

(3) Did you receive a hearing on your motion or petition?    ☒ Yes    ☐ No

(4) Did you appeal from the denial of your motion or petition?    ☒ Yes    ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☒ Yes    ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _FIFTH DISTRICT COURT OF APPEALS, 300 SOUTH BEACH STREET, DAYTONA BEACH, FL, 32114-5002_

Docket or case number (if you know): _5D22-1753_

Date of the court's decision: _DISMISSED SEPTEMBER 13, 2022_

Result (attach a copy of the court's opinion or order, if available): _AFTER DISMISSAL FOR FILING INCOMPETENTLY, I FILED A MOTION TO REINSTATE. WAS DENIED._

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two : _I FILED 28 U.S.C. 2241 HABEAS CORPUS (6:22-CV-02124-ACC-EJK)_

**GROUND THREE:** _INEFFECTIVE COUNSEL; KATHLEEN RALLO AS MY DEFENSE LAWYER (PUBLIC DEFENDER)_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_MS. RALLO CONCEDES TO AMENDED ALLEGATION SET FOR TRIAL AS FUNDAMENTALLY, ETHICALLY, AND POLITICALLY INCORRECT. I RAISED THE ISSUE WITH MS. RALLO CONCERNING THE SCHEME'S MALICIOUS INTENT TIED INTO OR WEIGHS ON THE OUTCOME, TARGET-ASSET FORFEITURE. SHE STATED THAT SHE WAS PROHIBITED FROM ASSISTING WITH CIVIL CASES. IRONICALLY, MS. RALLO WAS ALSO LEAVING THE PUBLIC DEFENDER'S OFFICE FOR PRIVATE PRACTICE._

AO 241 (Rev. 09/17)

(b) If you did not exhaust your state remedies on Ground Three, explain why: MS. RALLO MOVED ON TO PRIVATE PRACTICE. MS. RIVIERA (NEW PUBLIC DEFENDER) ATTEMPTING TO MOVE FORWARD WITH PENDING CHARGES. I RAISE ISSUE AGAIN IN COURTROOM: MALICIOUS PROSECUTION, MISCALCULATION OF TIME SERVED.

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☒ Yes   ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: *NOTE: TRIAL, AGAIN CON-TINUED FROM 11/30/22 TO 1/10/23. STATE'S EFFORTS TO MOVE PAST EXPOSURE OF INJUSTICE RELENTLESS. I PETITION HABEAS CORPUS, U.S. DISTRICT COURT.

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☒ Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: 28 U.S.C. 2241 HABEAS CORPUS

Name and location of the court where the motion or petition was filed: U.S. DISTRICT COURT (MIDDLE DISTRICT) ORLANDO

Docket or case number (if you know): 6:22-CV-02124-ACC-EJK

Date of the court's decision: NOVEMBER 28, 2022

Result (attach a copy of the court's opinion or order, if available): DISMISSED ON GROUNDS OF INSUFFICIENT DETAILS. HOWEVER, WAS ADVISED AS TO ALTERNATIVES TO REDIRECT: (28 U.S.C. 2254/ CIVIL RIGHTS PETITION)

(3) Did you receive a hearing on your motion or petition?   ☐ Yes   ☒ No

(4) Did you appeal from the denial of your motion or petition?   ☐ Yes   ☒ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes   ☒ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

_____

AO 241 (Rev. 09/17)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

CURRENTLY PROCESSING REDIRECTION ALTERNA-
TIVES EFFICIENTLY, AND SYSTEMATICALLY AS
PRESCRIBED.

(e)     **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: THIS PETITION, AND CIVIL SUMMONS FOR VIOLATION OF CIVIL RIGHTS.

**GROUND FOUR:** ASSET FORFEITURE: MALICIOUS PROSECUTION AS AMMENDED CHARGE USED IN CIVIL JUDGEMENT.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

ATTORNEY ROBIN CORNELL'S INITIAL MOTION SUGGESTED
THAT A FELONY WAS COMMITED WHILE I WAS ON
FELONY PROBATION 1/12/22, AN ALLEGATION (NO ARREST)
ON BEHALF OF MELBOURNE POLICE DEPARTMENT'S
ARBITRARY INVASION AND UNAUTHORIZED SEIZURE OF
OF JANUARY 21, 2022 (EARLY A.M. AFTER MY ARREST). MY
PROBATION VIOLATION WAS SIGNED BY JUDGE AND DELIVERED 8/27/21.

(b) If you did not exhaust your state remedies on Ground Four, explain why: (CONTINUED-GROUND 4(a))

WHICH WAS A MOVING VIOLATION (UNAUTHORIZED) AND
FAILURE TO PAY FINES ONLY. AMENDING AN ALLEGATION
AS A CONVICTION, THAT'S CURRENTLY SET FOR TRIAL, AND
USED IN A CIVIL JUDGEMENT FORFEITURE IS MALICIOUS INTENT.

(c)     **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?     ■ Yes     ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(d)     **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes     ■ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

AO 241 (Rev. 09/17)

Name and location of the court where the motion or petition was filed:

_____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?        ☐ Yes    ☒ No

(4) Did you appeal from the denial of your motion or petition?    ☐ Yes    ☒ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes    ☒ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

I RAISED THIS ISSUE CONSISTANTLY, BUT WAS NOT ALLOWED TO APPEAL THIS CIVIL CASE IN CRIMINAL COURT, NOR WOULD COUNSEL ASSIST ME WITH THIS ISSUE. INCARCERATION SINCE JANUARY 2022 HAS INCAPACITATED MY MEANS TO RETAIN A CIVIL LAWYER.

(e)  **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: I AM CURRENTLY PROCESSING THIS PETITION, AND CIVIL RIGHTS COMPLAINT AS WELL (4th AND 14th AMENDMENT) CONSTITUTION. AND FEDERAL RULES AND PROCEDURE VIOLATIONS, DUE PROCESS; RULE 4.(2)(b)j(C)(1).

AO 241 (Rev. 09/17)

13. Please answer these additional questions about the petition you are filing:

(a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction? ☐ Yes  ☒ No

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: ASSIGNED COUNSEL KATIE RALLO MOVED ON TO PRIVATE PRACTICE. NEW COUNSEL IS UNDERSTANDIBLY RELUCTANT TO CLEAN UP THE MESS. (TO THE BEST OF MY UNDERSTANDING)

(b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

_____

_____

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition? ☐ Yes  ☒ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. _____

_____

_____

_____

_____

_____

_____

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging? ☐ Yes  ☒ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

_____

_____

_____

_____

AO 241 (Rev. 09/17)

16.     Give the name and address, if you know, of each attorney who represented you in the following stages of the
        judgment you are challenging:

        (a) At preliminary hearing: _KATHLEEN E. RALLO: 96 WILLIARD ST.
        #302, COCOA, FL. 32922_
        (b) At arraignment and plea: _Ms. RALLO_

        (c) At trial: _MS. RALLO_

        (d) At sentencing: _MS. RALLO_

        (e) On appeal: _NO ONE. ONLY NELSON HEARING WITH
        MS. RALLO_
        (f) In any post-conviction proceeding: _MS. RIVIERA / PUBLIC DEFENDER'S
        OFFICE: 2825 JUDGE FRAN JAMIESON WAY, VIERA, FL. 32940_
        (g) On appeal from any ruling against you in a post-conviction proceeding: _MS. RIVIERA
        POSSIBLE PLEA TO JUDGE._

17.     Do you have any future sentence to serve after you complete the sentence for the judgment that you are
        challenging?        ☐ Yes    ☒ No
        (a) If so, give name and location of court that imposed the other sentence you will serve in the future:

        _____

        _____

        (b) Give the date the other sentence was imposed: _____

        (c) Give the length of the other sentence: _____

        (d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the
        future?        ☒ Yes    ☐ No

18.     TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain
        why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

        _N/A_

        _____

        _____

        _____

AO 241 (Rev. 09/17)

_____

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

    (1)    A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

        (A)    the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

        (B)    the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

        (C)    the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

        (D)    the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241 (Rev. 09/17)

    (2)      The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: *CASE #18CF026624A: 410 DAYS Bibb County Jail Credited, Time Served; CASE #22CF012281A: Dismissal on Grounds of Malicious Prosecution; CASE #22CF01215BA: Time Served.*

or any other relief to which petitioner may be entitled *CASE #5D22-1753/2022-CA-013951: Judgement Reversal, Reprimand, Compensatory Damages.*

_____

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _12/30/2022_ (month, date, year).

Executed (signed) on _12/30/2022_ (date).

_____

Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

_____

_____

_____

_____